IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE PAXTON, on behalf of himself and on all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>TENNECO AUTOMOTIVE OPERATING COMPANY INC.,<br><br>Defendant. | 4:24CV3166<br><br>ORDER |

On August 14, 2025 the parties filed an Amended Joint Stipulation to Stay the Proceedings (Filing No. 52) (the "Stipulation") requesting the Court stay all proceedings in the case until after the parties have completed private mediation. Mediation is scheduled for January 8, 2026.

The Court, having considered the parties' Stipulation and finding good cause,

IT IS ORDERED:

1.  The stipulation is approved (Filing No. 52). All proceedings, including discovery, are stayed through and including January 15, 2026.

2.  On or before January 15, 2026 the parties shall file a joint status report on the docket providing an update on the outcome of the mediation. If the parties' mediation

is unsuccessful, the parties shall submit a new proposed progression order with their joint status report.

Dated this 18th day of August, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge