| | |
|---|---|
| **From:** | Devin Hayes |
| **To:** | carson@ned.uscourts.gov |
| **Cc:** | Michael Sokolowski; David Szwarcsztejn; Maggie Schiefen; Robert E. Morelli, III; Carolyn H. Cottrell; Esther L. Bylsma; James B. Jackson |
| **Subject:** | Paxton v. Tenneco, Case No. 4:24-CV-03166-JMG-RCC - Discovery Conference Request |
| **Date:** | Friday, June 26, 2026 8:00:47 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**CAUTION - EXTERNAL:**

Your Honor,

The parties have a discovery dispute, and Defendant's counsel would like to schedule a discovery conference next week to address Defendant's concerns. Plaintiff has filed numerous opt-ins in this matter, including several beyond the discovery deadline, and is refusing to respond to recently filed written discovery and deposition requests directed toward opt-ins, denying Defendant the ability to conduct discovery from opt-in plaintiffs ahead of Plaintiff's Motion for Conditional Certification. The parties have met and conferred regarding this issue via telephone pursuant to Civil Rule 7.1(j) and reached an impasse.

All parties are copied hereto.

Thank you,

### Devin S. Hayes
Senior Counsel
Pronouns: He/Him/His/Himself

📞 **T** 414.225.2744 | **M** 414.308.6551
✉️ dshayes@michaelbest.com | bio



Michael Best & Friedrich LLP · A LexMundi Member

🌐 www.michaelbest.com

Email Disclaimer
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If

you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.